Opinion PER CURIAM.

---

## Lee v. Spaulding.

APPEAL from District Court of Lauderdale.

Tried before the Hon. W. P. CHITWOOD.

SIMPSON & JONES, for appellant.

. No counsel marked as appearing for appellee.

This was a statutory action of ejectment, brought by the appellee against the appellant. There was judgment for plaintiff, and defendant appeals. Reversed and remanded.

Opinion by McCLELLAN, J.